PERKINS COIE LLP
David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Aaron R. Goldstein, Bar No. 239423
AGoldstein@perkinscoie.com
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendants
Caliber Home Loans, Inc. and Mortgage Electronic
Registration Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE HUTCHINGS,<br><br>          Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., QUALITY LOAN SERVICE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and DOES 1 THROUGH 25 INCLUSIVE,<br><br>          Defendants. | Case No. 2:19-cv-02433-MCE-EFB<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**<br><br>**(Entire Action)** |

///
///
///
///
///
///
///
///
///

Based upon the Stipulation submitted by and between plaintiff Michelle Hutchings ("Plaintiff"), on the one hand, and defendants Caliber Home Loans, Inc. ("Caliber") and Mortgage Electronic Registration Systems, Inc. ("MERS"), collectively, "Defendants," on the other hand, **IT IS HEREBY ORDERED THAT**:

Plaintiff's Complaint is **DISMISSED WITHOUT LEAVE TO AMEND**. Each party shall bear its own costs, and the Clerk of the Court is directed to close the entire action.

IT IS SO ORDERED.

Dated: March 19, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE